**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>WILLIAM JAMES SAVAGE<br>PATRICIA ANN SAVAGE<br>Debtor(s) | Case No. 12-02880 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2012.

2) The plan was confirmed on 08/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/28/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/10/2014.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,500.00.

10) Amount of unsecured claims discharged without payment: $67,262.62.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,214.37 |
| Less amount refunded to debtor | $2,943.41 |
| **NET RECEIPTS:** | **$30,270.96** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,059.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,284.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,343.58** |
| Attorney fees paid and disclosed by debtor: | $2,441.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROS MED | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPEDIC SPECIAL | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 9,866.00 | 13,154.41 | 13,009.78 | 13,009.78 | 422.96 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 3,685.60 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,739.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 3,530.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,787.00 | 1,799.30 | 1,799.30 | 593.63 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 700.00 | 700.53 | 700.53 | 231.12 | 0.00 |
| CENTER FOR PODIATRIC MEDICINE | Unsecured | 436.00 | 436.00 | 436.00 | 143.85 | 0.00 |
| CHASE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 207.04 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,827.66 | NA | NA | 0.00 | 0.00 |
| DAVEY TREE EXPERT CO | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| FIRST HORIZON HOME LOANS | Secured | 9,703.59 | 6,923.71 | 0.00 | 0.00 | 0.00 |
| FIRST HORIZON HOME LOANS | Secured | 180,200.00 | 197,393.41 | 0.00 | 0.00 | 0.00 |
| GECRB/CARE CREDIT | Unsecured | 6,693.00 | NA | NA | 0.00 | 0.00 |
| HIDDEN PICTURES PLAYGROUND | Unsecured | 45.62 | NA | NA | 0.00 | 0.00 |
| HOFFMAN ESTATES SURGERY CENT | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Unsecured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 1,089.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 3,890.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,443.00 | 1,902.75 | 1,902.75 | 627.76 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| LAB CORP OF AMERICA HOLDINGS | Unsecured | 170.32 | NA | NA | 0.00 | 0.00 |
| LAKHANI KISHORE MD | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| LIFETOUCH | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| MARIN | Unsecured | 2,021.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDICAL CENTER ANESTHESIA | Unsecured | 137.80 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 7,194.00 | 7,194.29 | 7,194.29 | 2,377.10 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,209.72 | 1,089.71 | 1,089.71 | 359.52 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,786.00 | 2,031.15 | 2,031.15 | 670.12 | 0.00 |
| MIDWEST SPORTS MEDICINE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SPORTS MEDICINE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Unsecured | 9,703.59 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 6,923.71 | 6,923.71 | 6,923.71 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 180,200.00 | 190,469.70 | 197,393.41 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 508.71 | 414.81 | 414.81 | 136.85 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 32.96 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 633.66 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 1,065.16 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST DERMATOLOGY | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CARD | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,890.00 | 3,890.58 | 3,890.58 | 1,283.58 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 4,247.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,840.00 | 2,201.83 | 2,201.83 | 726.43 | 0.00 |
| RADIOLOGICAL CONSULTANTS | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 361.33 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 361.00 | 361.33 | 361.33 | 119.21 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 847.89 | NA | NA | 0.00 | 0.00 |
| WESTGATE SMOKY MOUNTAIN RES | Secured | NA | 914.64 | 914.64 | 0.00 | 0.00 |
| WESTGATE SMOKY MOUNTAIN RES | Unsecured | 1,040.15 | 0.00 | 914.64 | 301.76 | 0.00 |
| WOMENS HELATHFIRST | Unsecured | 1,324.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $197,393.41 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,923.71 | $6,923.71 | $0.00 |
| Debt Secured by Vehicle | $13,009.78 | $13,009.78 | $422.96 |
| All Other Secured | $914.64 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$218,241.54** | **$19,933.49** | **$422.96** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,936.92** | **$7,570.93** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,343.58 |
| Disbursements to Creditors | $27,927.38 |
| **TOTAL DISBURSEMENTS** : | **$30,270.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/12/2014          By: /s/ Tom Vaughn
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**